Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−29716−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Carol L. Parks
    aka Carol Todd
    1315 Clayton Road
    Williamstown, NJ 08094

Social Security No.:
    xxx−xx−4582

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on March 26, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 25 − 24
Order Granting Approval to Participate in the Court's Loss Mitigation Program (Related Doc # 24). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/26/2019. (bc)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 26, 2019
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 18-29716-ABA
Carol L. Parks                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin           Page 1 of 1              Date Rcvd: Mar 26, 2019
                       Form ID: orderntc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2019.
lm        Specialized Loan Servicing, LLC,    8743 Lucent Blvd., Ste. 300,    Highlands Ranch, CO  80129

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2019 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
       as Trustee for the ceritifcateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
       2006-26 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
      Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
       York, as Trustee for the ceritifcateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES,
       SERIES 2006-26 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Lee Martin Perlman     on behalf of Debtor Carol L. Parks ecf@newjerseybankruptcy.com,
       lmpcourt@gmail.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                  TOTAL: 5