**LEE M. PERLMAN**
**ATTORNEY AT LAW**
**1926 GREENTREE ROAD, SUITE 100**
**CHERRY HILL, NJ 08003**
**(856) 751-4224**
**ATTORNEY FOR DEBTOR, CAROL PARKS**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| RE: | : | CHAPTER 13 |
|---|---|---|
| CAROL PARKS | : | CASE NO.: 18-29716 ABA |
| Debtor | : | **CERTIFICATION IN RESPONSE TO APPLICATION TO TERMINATE LOSS MITIGATION** |

I, Carol Parks, the above-referenced debtors, being of full age certify the following:

1. My counsel has a complete loan modification application.
2. I would ask that the Application to Terminate Loss Mitigation be denied so that a determination of the loan modification can be made.
3. My ex husband's name was on the mortgage and it took some time to have him sign all required documents to be submitted for the loan modification.
4. He has since passed away.

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the statements are willfully false, I am subject to punishment.

11/5/19                                                                 /s/ Carol Parks
DATE                                                                   CAROL PARKS